**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 17CR2869-BTM |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO:<br>(1) CONTINUE MOTION HEARING;<br>(2) EXCLUDE TIME UNDER 18 U.S.C.<br>§§ 3161(h)(7)(A) AND (B)(iv) |
| v. | |
| PINGAN YU,<br>  aka "GoldSun," | |
| Defendant. | |

The parties, UNITED STATES OF AMERICA, by and through its counsel Adam L. Braverman, United States Attorney, and Sabrina L. Feve and Timothy F. Salel, Assistant United States Attorneys, and Michael S. Berg, counsel on behalf of defendant PINGAN YU, jointly move this Court to continue the motion hearing scheduled for August 10, 2018.

Having considered the joint motion of the parties, this Court finds that this case continues to satisfy the requirements of 18 U.S.C. § 3161(h)(7)(B)(ii) in light of the voluminous and sophisticated nature of the discovery. The parties represented that additional discovery and three electronic devices -- two cellular telephones and one laptop -- have been made available to defense counsel. Defense counsel requested additional time to effectively evaluate the new information prior to any substantive motion hearing. The parties stated that the

volume and sophisticated nature of discovery will continue to require unique technological expertise to index, sort, and manipulate the data in a manner usable by defense counsel. The documents and information obtained through the search warrants includes e-mail communications in a foreign language (including Chinese) that will continue to require translation into English before counsel will be able to understand it. The parties represented that the foreign language translations have been challenging and time consuming given the specialized and coded nature of the computer hacking terminology.

Having considered the joint motion of the parties, and good cause appearing,

IT IS HEREBY ORDERED and found by this Court that the motion hearing scheduled for August 10, 2018 is continued until September 14, 2018 at 2:30 p.m. The Court reaffirms its finding that this case should be declared complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and the time between the this Order and September 14, 2018 to be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., on the grounds that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial. The Court further finds that the denial of the requested continuance of the motion hearing to September 14, 2018 at 2:30 p.m. would unreasonably deny defense counsel a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A).

SO ORDERED.

DATED: August 9, 2018

_____
HON. BARRY TED MOSKOWITZ
Chief United States District Judge