UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
Nov 05 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ stevem   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 17CR02869-001-BTM |
| ) | |
| v. ) | O R D E R |
| ) | |
| Pingan YU ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for November 9, 2018 is vacated and reset to December 14, 2018 at 10:30am.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 10/26/18

Barry Ted Moskowitz
Chief U.S. District Judge

cc: all counsel of record