# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 17cr 2869-BTM |
|---|---|---|
| vs | ) | AMENDED ABSTRACT OF ORDER |
| | ) | Booking No. 63691298 |
| PINGAN YU | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/25/2019__

the Court entered the following order:

__✓__ Defendant be released from custody. EFFECTIVE 2/26/2019 @ 3:00PM

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL    Clerk
by

Deputy Clerk

Received _____
DUSM

Crim-9   (Rev. 8-11)    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY